**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

CLARK'S GLASGOW POOLS, INC.,

          Plaintiff,

    v.

DISABATINO LANDSCAPING & TREE
SERVICE, INC. and PRONTO POOLS AND
PERGOLAS LLC,

          Defendants.

C.A. No. 25-_____

## COMPLAINT

Plaintiff, Clarks Glasgow Pools, Inc. ("Clark's Pools" or "Plaintiff") in this action against Defendants DiSabatino Landscaping & Tree Service, Inc. ("DiSabatino") and Pronto Pools and Pergolas LLC ("Pronto") (collectively, "Defendants") alleges as follows.

## NATURE OF THE ACTION

1. Plaintiff brings this action for false advertising, false designation of origin, and unfair competition under Section 43(a) of the Lanham Act, 15 U.S.C. §§ 1051 *et seq.*, and violation of the Delaware Uniform Deceptive Trade Practices Act, 6 *Del. C.* §§ 2531–2536, to stop Defendants' unauthorized use in commerce of photos of pools constructed by Plaintiff.

## PARTIES

2. Plaintiff Clark's Pools, Inc. is a Delaware corporation and operates at 109 J&M Drive, J&M Commercial Park, New Castle, Delaware 19720. Clark's Pools is a family-owned business that specializes in designing and installing custom swimming pools. It has been well-regarded in the community since 1985.

3.      Defendant, DiSabatino Landscaping & Tree Service, Inc ("DiSabatino") is a Delaware corporation with a registered agent at 471 B&O Lane, Wilmington, Delaware 19804. DiSabatino specializes in custom landscaping and outdoor living spaces.

4.      Defendant, Pronto Pools and Pergolas LLC ("Pronto") is a Delaware limited liability company with a registered agent at 471 B&O Lane, Wilmington, Delaware 19804. Pronto designs and constructs custom swimming pools.

<u>**JURISDICTION AND VENUE**</u>

5.      This Court has jurisdiction over the claims pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338. This Court also has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

6.      This Court has jurisdiction over DiSabatino and Pronto (collectively "Defendants"), because Defendants are Delaware corporations, have committed acts within and outside Delaware giving rise to this action, and have maintained minimum contacts with this forum such that the exercise of jurisdiction over Defendants would not offend traditional notions of fair play and substantial justice.

7.      Venue is appropriate in this Court, pursuant to 28 U.S.C. § 1391(b). Defendants reside in Delaware and a substantial part of the events giving rise to Plaintiff's claim occurred in Delaware.

<u>**FACTS**</u>

8.      Prior to 2023, Clark's Pools and DiSabatino had a symbiotic relationship. Clark's Pools designed, contracted, and built custom swimming pools and DiSabatino and others designed and constructed the surrounding landscaping and outdoor living spaces. Each company contracted separately with homeowners. In some circumstances, Clark's Pools had the initial

client relationship and referred the client to DiSabatino to contract for landscaping and other services. In other circumstances, DiSabatino had the initial client relationship and referred the client to Clark's Pools to contract and build the swimming pool. At times DiSabatino specified the location, shape, and size of the pool, and Clark's Pools would contract and build the pool, including creating any necessary construction drawings and pool specifications, working on relevant permitting and licensing, coordinating with other contractors, and constructing the pool.

9.    As a result of the collaboration between the companies, the finished projects reflected the work of both companies: Clark's Pools for the contracting and installation of the custom swimming pool, and DiSabatino for the landscaping design; location, sizing, and shape of the pool; and other aspects of the areas surrounding the pool.

10.    On information and belief, starting at least in 2023, DiSabatino began selling its own pool "design-build" services, either directly or through Pronto.

11.    On information and belief, DiSabatino and/or Pronto marketed these services at least through email, web advertising, Facebook promotions, social media sites, DiSabatino's website at disabatinoinc.com, and/or Pronto's website at prontopool.com.

12.    On information and belief, beginning at least in 2023, Defendants advertised their pool design-build services using numerous images of custom swimming pools contracted and built by Clark's Pools (the "Pool Images").

13.    Defendants continue to advertise their pool design-build services using the Pool Images.

**A.    Pronto Pools**

14.    On information and belief, Pronto was formed in 2023 to design and install custom swimming pools.

15.     On information and belief, DiSabatino markets its pool "design-build" services through Pronto.

16.     "Pronto Pools" is identified on the DiSabatino website as a "service" of "DiSabatino, Inc." with a link to the Pronto website at prontopool.com. The DiSabatino website also includes a navigation bar with links to these "services," including Pronto, as outlined in red box in the image below:



**B.     DiSabatino Pronto Portfolio**

17.     DiSabatino maintains a website at disabatinoinc.com (the "DiSabatino Website") where it markets Pronto's services.

18.     The DiSabatino Website includes a main navigation bar that offers a "Services" menu.



As shown in the image above, "DiSabatino Design-Build" is an option in the pull-down menu under "Services" and upon selecting "DiSabatino Design-Build," a menu opens to the right offering services including "Custom Pools." Selecting "Custom Pools" directs the user to the webpage located at www.disabatinoinc.com/services/custom-pools.

19.     The DiSabatino "Custom Pools" page states: "DiSabatino Landscaping is a pool contractor . . . providing custom swimming pool contractors. Also, we construct both gunite and fiberglass pools, built to provide many seasons of enjoyment and family recreation."

20.    The DiSabatino Website also includes a portfolio of work on its main navigation bar as identified by the red box in the image below. A user clicking on the "Portfolio" menu item



is directed to a webpage at www.disabatinoinc.com/portfolio/, which includes the following image, depicting "*Pronto Pools* Custom Pools".



This image links to a webpage at www.disabatinoinc.com/portfolio/custom-pools/ — this page bears the title "*Pronto Pools* Custom Pools – DiSabatino Landscaping" (the "DiSabatino Pronto Portfolio").

21.    As detailed below, the DiSabatino Pronto Portfolio includes a number of photos of pools contracted and built by Clark's Pools. These are images of pools on a webpage identifying a "portfolio" of projects presumably built by DiSabatino and/or Pronto Pools. The context of these images creates the impression that DiSabatino and/or Pronto contracted and built the pool. These images do not identify Clark's Pools as the contractor and/or builder of the pool.

These images also do not state that neither DiSabatino nor Pronto contracted or built the pool in the image.

### 1.    603 North Walnut Street, West Chester, PA 19382

22.    The DiSabatino Pronto Portfolio includes the image of a pool as highlighted in the red box below:



23.    This pool is located at 603 North Walnut Street, West Chester, PA 19382. It was contracted and built by Clark's Pools.

### 2.    8 Chaville Way, Wilmington, Delaware 19807

24.    The DiSabatino Pronto Portfolio includes the image of a pool as highlighted in the red box below:



When a user clicks on this image, the image enlarges and includes the following text:

> A serene outdoor pool with a rock waterfall feature is nestled within lush greenery and purple flowers, all crafted by expert landscaping services in Delaware County, PA. Lounge chairs dot the poolside near a wooden gazebo with a bar area, under a vibrant sunset sky.



25.     This pool is located at 8 Chaville Way, Wilmington, Delaware 19807. It was contracted and built by Clark's Pools. It was not "crafted by expert landscaping services in Delaware County, PA."—it was crafted by Clark's Pools, which (like the pool in the image) is located in New Castle County, Delaware.

### 3.     325 Oracle Road, Wilmington, Delaware 19807

26.     The DiSabatino Pronto Portfolio includes the image of a pool as highlighted in the

red box below:



27.     When a user clicks on this image, the image enlarges and includes the following

text:

>    A backyard with a stone patio features a circular spa connected to a
>    swimming pool. Several lounge chairs and umbrellas are set up,
>    with trees and large houses visible in the background.

28.     This pool is located at 325 Oracle Road, Wilmington, Delaware 19807. It was

contracted and built by Clark's Pools.

4.    **717 Greenwood Road, Wilmington, Delaware 19807**

29.    The DiSabatino Pronto Portfolio includes the image of a pool as highlighted in the red box below:



30.    When a user clicks on this image, the image enlarges and includes the following text:

> A backyard with a long rectangular pool, surrounded by green grass, trees, and shrubs. Brick paving lines the poolside, with garden statues and plants near a small pond in the foreground.

31.    This pool is located at 717 Greenwood Road, Wilmington, Delaware 19807. It was contracted and built by Clark's Pools.

5.    **3310 Breidablik Drive, Wilmington, Delaware 19807**

32.    The DiSabatino Pronto Portfolio includes the image of a pool as highlighted in the red box below:



33.    When a user clicks on this image, the image enlarges and includes the following

text:

> A large, modern house with beige stucco exterior, multiple
> windows, and stone accents features a spacious backyard with a
> rectangular pool, hot tub, lounge chairs, patio, and landscaped
> greenery.

34.    This pool is located at 3310 Breidablik Drive, Wilmington, Delaware 19807. It

was contracted and built by Clark's Pools.

**6.       236 South Deer Run, Lincoln University, PA 19352**

35.    The DiSabatino Pronto Portfolio includes the image of a pool as highlighted in the

red box below:



36.     When a user clicks on this image, the image enlarges and includes the following text:

> An oval swimming pool with stone edging sits in a backyard with a tile patio, surrounded by green grass and trees. Two cushioned chairs face a round fire pit on the patio near the pool.

37.     This pool is located at 236 South Deer Run, Lincoln University, PA 19352. It was contracted and built by Clark's Pools.

### 7.     204 Pebblecreek Place, Bear, Delaware 19701

38.     The DiSabatino Pronto Portfolio includes the image of a pool as highlighted in the red box below:



39.     When a user clicks on this image, the image enlarges and includes the following text:

> A large, rectangular backyard swimming pool with a diving board, surrounded by stamped concrete, lounge chairs, and landscaped plants, located next to suburban houses in a residential neighborhood at dusk.

40.     This pool is located at 204 Pebblecreek Place, Bear, Delaware 1970. It was contracted and built by Clark's Pools.

### 8.    18 Augustine Boulevard, Middletown, Delaware 19709

41.    The DiSabatino Pronto Portfolio includes the image of a pool as highlighted in the red box below:



42.    When a user clicks on this image, the image enlarges and includes the following text:

> A young child stands in a backyard pool near a rock waterfall. A large red umbrella shades a shallow section of the pool. Patio chairs and houses are visible in the background under a partly cloudy sky.

43.    This pool is located at 18 Augustine Boulevard, Middletown, Delaware 19709. It was contracted and built by Clark's Pools.

### C.    Pronto Website

44.    Pronto maintains a website at prontopool.com (the "Pronto Website") where it markets Pronto's services using images of pools contracted and built by Clark's Pools.

### 1.    The 603 N. Walnut Pool

45.    One pool contracted and built by Clark's Pools features prominently on the Pronto Website. This pool is located at 603 N. Walnut Street, West Chester, PA 19382 (the "603 N. Walnut Pool"). It was contracted and built by Clark's Pools. It was not contracted and built by either of Defendants.

46.     On the main pages of the Pronto Website, there are eight images that rotate in the background of the header. Three of these images are of the 603 N. Walnut St. Pool such as in the image below.



47.     The main page of the Pronto Website also includes a "Welcome" video that features images of the 603 N. Walnut Pool. Another image of the 603 N. Walnut Pool appears below the video. Both images are outlined in red boxes, below.



48.    In the "Welcome" video, an actor appears in a Pronto tank top before another image of the 603 N. Walnut Pool.



49.    An image of the 603 N. Walnut Pool also appears on the "About" page of the Pronto Website at prontopool.com/about/. This image is outlined by a red box, below.



50.    Moreover, another seven images of the 603 N. Walnut St. Pool appear on the "Gallery of Work" page of the Pronto Website at prontopool.com/gallery-of-work/. These images are highlighted with red boxes in the image below. This "Gallery of Work" presents the 603 N. Walnut St. Pool, as well as other pools, as Pronto's own work.



**D.      Facebook and other social media outlets**

**1.      Facebook**

51.    DiSabatino maintains an account on Facebook at

https://www.facebook.com/DiSabatinoLandscaping. This account includes images and videos of

various pools contracted and built by Clark's Pools, including pools at 1582 Highgrove Land,

Malvern, PA 19335 and 843 New London Road, Newark, Delaware 19711.

**2.      YouTube**

52.    DiSabatino maintains a channel on YouTube at

www.youtube.com/channel/UCq8qBIMmSbLpeBIDMatL5BA. This channel includes images of

at least one pool contracted and built by Clark's Pools, such as the pool at 325 Oracle Road,

Wilmington, DE 19807.

53.    On information and belief, in static images and videos hosted on this YouTube

channel, DiSabatino uses images of pools contracted and built by Clark's Pools to market

services from DiSabatino and/or Pronto.

### 3. Pinterest

54.     DiSabatino maintains a "Custom Pools" page on Pinterest at

www.pinterest.com/disabatinolandscaping/custom-pools/. This page includes images of various

pools contracted and built by Clark's Pools, such as the pools at 325 Oracle Road, Wilmington,

Delaware 19807; 236 South Deer Run, Lincoln University, PA 19352; 717 Greenwood Road,

Wilmington, Delaware 19807; and others.

### 4. Flikr

55.     DiSabatino maintains a "Custom Pools" album on Flikr at

www.flickr.com/photos/130031608@N05/albums/72157650486269781/. This album includes

images of various pools contracted and built by Clark's Pools, such as the pools at 325 Oracle

Road, Wilmington, Delaware 19807; 3310 Breidablik Drive, Wilmington, Delaware 19807; and

others.

### 5. Houzz

56.     DiSabatino maintains a "Custom Pools" page on Houzz at

www.houzz.com/hznb/projects/custom-pools-pj-vj~861208. This album includes images of

various pools contracted and built by Clark's Pools, such as the pools at 325 Oracle Road,

Wilmington, Delaware 19807; 3310 Breidablik Drive, Wilmington, Delaware 19807; 717

Greenwood Road, Wilmington, Delaware 19807; and others.

### E. Cease and Desist

57.     In March 2024, an attorney representing Clark's Pools contacted Defendants and

demanded that Defendants cease and desist from their unauthorized use in commerce of some of

the Pool Images, including on its websites, social media, and in print, electronic, and mobile

advertising in connection with the sale and marketing of pool design and construction services

(Defendants' "Use of the Pool Images"). Defendants refused to do so and have willfully continued to feature the Pool Images on their websites and on social media for the specific purpose of marketing and selling pool "design-build" services and to otherwise use the Pool Images in commerce.

58.    In using the Pool Images in commerce, Defendants do not identify Clark's Pools as the contractor or builder of the pools depicted in the images. Defendants also do not state that Defendants did not: create the construction drawings for the pool, develop the pool specifications, and/or build the pools depicted in the images.

## COUNT I: FALSE DESIGNATION OF ORIGIN

59.    Plaintiff repeats and realleges the previous allegations set forth above with the same force and effect as if set forth fully herein.

60.    Clark's Pools contracted and built the pools in the Pool Images.

61.    Defendants' unauthorized Use of the Pool Images is a false designation of origin, which is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants with the contractor and builder of the pools in the Pool Images, Clark's Pools, in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A). Specifically, Defendants' unauthorized Use of the Pool Images is likely to cause confusion, because the use in commerce falsely designates Defendants as the origin of the pool design-build services when—in fact—Clark's Pools is the contractor and builder of the pools in the Pool Images.

62.    Defendants' unauthorized Use of the Pool Images is a false or misleading description and/or representation of fact that is likely to cause confusion, or to cause mistake, or to deceive consumers as to the affiliation of Defendants with Clark's Pools, or as to the origin,

sponsorship, or approval of Defendants' goods, services, or commercial activities by Clark's

Pools. in violation of 15 U.S.C. § 1125(a)(1)(A). Specifically, Defendants' unauthorized Use of

the Pool Images misrepresents the fact that Clark's Pools contracted and built the respective

pools shown in the Pool Images. Defendants' unauthorized Use of the Pool Images also

misrepresents the fact that Defendants did not contract and build the respective pools shown in

the Pool Images. These misrepresentations of fact are likely to cause confusion, or to cause

mistake, or to deceive as to the affiliation, connection, or association of Defendants with Clark's

Pools.

63.     Defendants' unauthorized Use of the Pool Images is a false designation of origin

and/or a false or misleading description or representation of fact, which in commercial

advertising or promotion, misrepresents the nature, characteristics, or qualities of Defendants'

goods, services, or commercial activities in violation of Section 43(a) of the Lanham Act, 15

U.S.C. § 1125(a)(1)(B). Defendants' unauthorized Use of the Pool Images constitutes

"commercial advertising or promotion" that misrepresents that Defendants contracted and built

the custom pools in the Pool Images, when—in fact—Clark's Pools is the contractor and builder

of the pools in the Pool Images and is therefore, the origin of those services.

64.     As a result of Defendants' actions, Plaintiff has been and will likely continue to be

damaged. Such damage includes, but is not limited to, lost sales and marketplace confusion.

65.     Plaintiff's remedies at law are inadequate to prevent Defendants' continuing

wrongful conduct.

## COUNT II: DELAWARE DECEPTIVE TRADE PRACTICES

66.     Plaintiff repeats and realleges the previous allegations set forth above with the

same force and effect as if set forth fully herein.

67.    Defendants' unauthorized Use of the Pool Images intentionally passes off Clark's Pools' custom-pool contracting and building services as Defendants' own services in violation of 6 *Del. C.* § 2532(a)(1).

68.    Defendants' unauthorized Use of the Pool Images causes and/or is intended to cause likelihood of confusion or of misunderstanding as to the source, sponsorship, or approval of Defendants' pool design-build services in violation of 6 *Del. C.* § 2532(a)(2). By using the Pool Images in connection with the sale and marketing of pool design-build services, Defendants create the confusing impression that the custom-pool contractor and builder that contracted and built the custom pool in the image—Clark's Pools—will contract and build a custom pool for Defendants' customers.

69.    Defendants' unauthorized Use of the Pool Images causes and/or is intended to cause likelihood of confusion or of misunderstanding as to affiliation, connection, or association with Clark's Pools in violation of 6 *Del. C.* § 2532(a)(3). By using the Pool Images in connection with the sale and marketing of pool design-build services, Defendants create the confusing impression that the custom-pool contractor and builder that contracted and built the custom pool in the image—Clark's Pools—is affiliated and connected with Defendants.

70.    Defendants' unauthorized Use of the Pool Images represents and/or is intended to represent that Defendants' pool design-build services have sponsorship, approval, characteristics, ingredients, uses, benefits, or qualities of Clark's Pools that they do not have, or that Defendants has a sponsorship, approval, status, affiliation, or connection with Clark's Pools that it does not have in violation of 6 *Del. C.* § 2532(a)(5).

71.    Defendants' unauthorized Use of the Pool Images represents and/or is intended to represent that Defendants' goods or services are of a particular standard, quality, or grade associated with Clark's Pools in violation of 6 *Del. C.* § 2532(a)(7).

72.    Since at least 2023, Defendants have known or have been willfully blind to the fact that Defendants have been using images of pools contracted and built by Clark's Pools in commerce for the specific purpose of marketing and selling Defendants' pool "design-build" services. These acts have been willful and intentional.

73.    As a result of Defendants' willful and exceptional acts as alleged above, Plaintiff has been and will continue to be damaged at least in the form of lost sales, marketplace confusion, and dilution of Plaintiff's brand.

74.    Plaintiff's remedy at law is inadequate to prevent Defendants' continuing wrongful conduct.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court enter full and final judgment in its favor and against Defendant:

A.    Declaring that Defendants' unlawful conduct is a false designation of origin, a false or misleading description of fact, or a false or misleading representation of fact, which is likely to cause confusion, or to cause mistake, or to deceive pursuant to Section 43(a) of the Lanham Act. 15. U.S.C. § 1125(a)(1)(A);

B.    Declaring that Defendants' unlawful conduct is a false designation of origin, a false or misleading description of fact, or a false or misleading representation of fact, which in commercial advertising or promotion, misrepresents the nature, characteristics or qualities of

Defendants' pool design-build services pursuant to Section 43(a) of the Lanham Act. 15. U.S.C. § 1125(a)(1)(B);

        C.       Declaring that Defendants' unlawful conduct violates the Delaware Deceptive Trade Practices Act. 6 *Del. C.* §§ 2531-2536;

        D.       Declaring that Defendants' unlawful conduct violates Plaintiff's rights under Delaware common law;

        E.       Declaring that Defendants' unlawful conduct in violating Plaintiff's rights is willful and/or exceptional;

        F.       Awarding Plaintiff injunctive relief to prevent Defendants from continuing to use the Pool Images to market Defendants' pool "design-build" services;

        G.       Ordering Defendants to destroy or remove the Pool Images and any other infringing materials from all platforms, including but not limited to websites, social media, email communications, marketing materials, and brochures;

        H.       Ordering Defendants to publicly acknowledge the misattribution associated with the Pool Images and to issue corrective advertising and/or posts on all platforms where the Pool Images have been distributed;

        I.       Ordering Defendants to account to Plaintiff for all gains, profits and advantages derived from their wrongful acts;

        J.       Awarding Plaintiff money damages for all of Defendants' profits arising from Defendants' unlawful conduct;

        K.       Awarding Plaintiff money damages for any injury sustained by Plaintiff as a result of Defendants' unlawful conduct;

L.    Awarding Plaintiff treble damages for Defendants' willful and/or exceptional

conduct;

M.    Awarding Plaintiff prejudgment interest on monetary damages;

N.    Awarding Plaintiff's reasonable attorney fees;

O.    Awarding Plaintiff the costs of this action; and

P.    Granting Plaintiff such other and further relief as the Court deems just, equitable

and proper.


Dated: August 25, 2025                        **SMITH KATZENSTEIN & JENKINS LLP**

                                              */s/ Daniel A. Taylor*
                                              Daniel A. Taylor (No. 6934)
                                              1000 N. West Street, Suite 1501
                                              Wilmington, DE 19801
                                              (302) 652-8400
                                              dat@skjlaw.com

                                              *Attorney for Plaintiff*
                                              *Clark's Glasgow Pools, Inc.*