## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CLARK'S GLASGOW POOLS, INC.,

      Plaintiff,

    v.

DISABATINO LANDSCAPING & TREE
SERVICE, INC. and PRONTO POOLS AND
PERGOLAS LLC,

      Defendants.

C.A. No. 25-1066-UNA

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff Clark's Glasgow Pools, Inc. certifies that there is no parent corporation or publicly held corporation owning more than 10% or more of its stock.

Dated: August 25, 2025

                                **SMITH, KATZENSTEIN & JENKINS LLP**

                                */s/ Daniel A. Taylor*
                                Daniel A. Taylor (No. 6934)
                                1000 N. West Street, Suite 1501
                                Wilmington, DE 19801
                                (302) 652-8400
                                dat@skjlaw.com

                                *Attorney for Plaintiff*
                                *Clark's Glasgow Pools, Inc.*