AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| CLARK'S GLASGOW POOLS, INC.<br><br>*Plaintiff(s)*<br>v.<br><br>DISABATINO LANDSCAPING & TREE SERVICE, INC. and PRONTO POOLS AND PERGOLAS LLC<br><br>*Defendant(s)* | Civil Action No. 25-cv-1066-UNA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PRONTO POOLS AND PERGOLAS LLC
471 B&O Lane
Wilmington, DE 19804

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel A. Taylor (No. 6934)
SMITH, KATZENSTEIN & JENKINS, LLP
1000 N. West Street, Suite 1501
Wilmington, Delaware 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/25/2025

*Joel Morales*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-01066

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **PRONTO POOLS AND PERGOLAS LLC** was received by me on *(date)* **08/26/2025**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Maura Sloom- Authorized to Accept**, who is designated by law to accept service of process on behalf of *(name of organization)* **Pronto Pools and Pergolas LLC 471 B&O Lane Wilmington, DE 19804 @ 12:04 p.m.** on *(date)* **08/26/2025** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **08/26/2025**

*Server's signature*

**Clayton McFarlane - Process Server**
*Printed name and title*

**230 N. Market St., Wilmington, DE 19801**
*Server's address*

Additional information regarding attempted service, etc: