IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLARK'S GLASGOW POOLS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DISABATINO LANDSCAPING & TREE SERVICE, INC. and PRONTO POOLS AND PERGOLAS LLC,<br><br>Defendants. | Case No. 25-cv-01066-JLH |

## APPEARANCE OF COUNSEL

TO:     The Clerk of Court and all parties of record.

The undersigned is admitted or otherwise authorized to practice in this court, and appears in this case as counsel for Defendants, DiSabatino Landscaping & Tree Service, Inc. and Pronto Pools and Pergolas LLC.

This Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the Defendants. The Defendants specifically reserve all rights to raise any jurisdictional or statute of limitation defects which may be available.

BROCKSTEDT MANDALAS
FEDERICO LLC

/s/ Victoria K. Petrone
Victoria K. Petrone (# 4210)
2711 Centerville Road, Suite 401
Wilmington, DE 19808
vpetrone@lawbmf.com
(302) 327-1100
*Attorney for Defendants*

Dated: September 12, 2025

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 12, 2025 a true and correct copy of the attached document was electronically filed with the Clerk of Court using CM/ECF and delivered to all attorneys of record.

BROCKSTEDT MANDALAS
FEDERICO LLC

*/s/ Victoria K. Petrone*
Victoria K. Petrone (# 4210)
2711 Centerville Road, Suite 401
Wilmington, DE 19808
vpetrone@lawbmf.com
(302) 327-1100
Attorney for Defendants
