IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLARK'S GLASGOW POOLS, INC., | ) |
| | ) C.A. No.: 1:25-cv-01066-UNA |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| DISABATINO LANDSCAPING & TREE SERVICE, INC. and PRONTO POOLS AND PERGOLAS LLC, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER my appearance on behalf of Defendant, DiSabatino Landscaping & Tree Service, Inc., with respect to the above captioned matter. Defendant, DiSabatino Landscaping & Tree Service, Inc., reserves the right to answer, move or otherwise plead, including the right to aver lack of jurisdiction and/or improper service of process.

TYBOUT, REDFEARN & PELL

/s/ Susan List Hauske
Susan List Hauske, Esquire (#3752)
Stoney Batter Office Park
501 Carr Road, Suite 300
Wilmington, DE  19809
(302) 658-6901
shauske@trplaw.com
Attorney for Defendant, DiSabatino Landscaping & Tree Service, Inc

## CERTIFICATE OF SERVICE

I, Susan List Hauske, Esquire, hereby certify that on the 18th day of September 2025, two copies of the foregoing **Entry of Appearance** were sent via electronic mail and electronic filing to the following individual:

Daniel A. Taylor, Esquire
Smith Katzenstein & Jenkins, LLP
1000 North West Street, Suite 1501
Wilmington, DE 19801

SUSAN LIST HAUSKE