# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLARK'S GLASGOW POOLS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DISABATINO LANDSCAPING & TREE SERVICE, INC. and PRONTO POOLS AND PERGOLAS LLC, <br><br> Defendants. | Case No. 25-cv-01066-JLH |

## DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants, DiSabatino Landscaping & Tree Service, Inc. and Pronto Pools and Pergolas LLC, disclose that they are not a subsidiary or an affiliate of a publicly owned corporation, and no publicly owned corporation has a substantial financial interest in the outcome of this matter.

BROCKSTEDT MANDALAS
FEDERICO LLC

By: */s/ Victoria K. Petrone*
Victoria K. Petrone, Esq. (DE #4210)
2711 Centerville Road, Suite 401
Wilmington, DE 19808
(302) 327-1100
vpetrone@lawbmf.com
*Attorney for Defendants*

Dated:  September 22, 2025

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 22, 2025 a true and correct copy of the attached document was electronically filed with the Clerk of Court using CM/ECF and delivered to all attorneys of record.

BROCKSTEDT MANDALAS
FEDERICO LLC

*/s/ Victoria K. Petrone*
Victoria K. Petrone (# 4210)
2711 Centerville Road, Suite 401
Wilmington, DE 19808
vpetrone@lawbmf.com
(302) 327-1100
*Attorney for Defendants*