## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLARK'S GLASGOW POOLS, INC., ) | |
| ) C.A. No.: 1:25-cv-01066-JLH | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| DISABATINO LANDSCAPING & TREE ) | |
| SERVICE, INC. and PRONTO POOLS AND ) | |
| PERGOLAS LLC, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT'S NOTICE OF WITHDRAW AS COUNSEL

PLEASE WITHDRAW my appearance as counsel for Defendant DiSabatino Landscaping & Tree Service, Inc. Victoria Petrone, Esquire will remain as counsel for Defendant DiSabatino Landscaping & Tree Service, Inc.

TYBOUT, REDFEARN & PELL

*/s/ Susan List Hauske/*

Susan List Hauske, Esquire (#3752)
Rockwood Office Park
501 Carr Road, Suite 300
Wilmington, DE 19809
(302) 658-6901
shauske@trplaw.com
Attorney for Defendant, DiSabatino Landscaping & Tree Service, Inc.

SO ORDERED, this _____ day of _____, 2025.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLARK'S GLASGOW POOLS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DISABATINO LANDSCAPING & TREE SERVICE, INC. and PRONTO POOLS AND PERGOLAS LLC, <br><br> Defendants. | ) <br> ) C.A. No.: 1:25-cv-01066-JLH <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### CERTIFICATE OF SERVICE

I, Susan List Hauske, Esquire, hereby certify that on the 15th day of October 2025, two copies of the foregoing **Defendant DiSabatino Landscaping & Tree Service, Inc.'s Notice of Withdraw as Counsel** were sent via Electronic Mail to the following individuals:

Daniel A. Taylor, Esquire
Smith Katzenstein & Jenkins, LLP
1000 North West Street, Suite 1501
Wilmington, DE  19801

Victoria K. Petrone, Esquire
Brockstedt Mandalas Federico LLC
2711 Centerville Road, Suite 401
Wilmington, DE  19808

_____
SUSAN LIST HAUSKE