IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLARK'S GLASGOW POOLS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>DISABATINO LANDSCAPING & TREE SERVICE, INC. and PRONTO POOLS AND PERGOLAS LLC,<br><br>    Defendants. | C.A. No. 25-1066-JLH |

**PLAINTIFF'S MOTION TO DISMISS DEFENDANTS' COUNTERCLAIM**

Plaintiff Clark's Glasgow Pools, Inc. ("Clark's Pools" or "Plaintiff"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully moves the Court to dismiss Defendants DiSabatino Landscaping & Tree Service, Inc. and Pronto Pools and Pergolas LLC ("Defendants") Counterclaim (D.I. 11) for failure to state a claim upon which relief can be granted.

The grounds for this motion are fully set forth in the opening brief in support of this motion, filed contemporaneously herewith. A proposed Order is attached hereto.

Dated: November 6, 2025

SMITH KATZENSTEIN & JENKINS LLP

*/s/ Daniel A. Taylor*
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
dat@skjlaw.com

*Attorney for Plaintiff*
*Clark's Glasgow Pools, Inc.*