## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CLARK'S GLASGOW POOLS, INC.,

       Plaintiff,

   v.

DISABATINO LANDSCAPING & TREE
SERVICE, INC. and PRONTO POOLS AND
PERGOLAS LLC,

       Defendants.

C.A. No. 25-1066-JLH

## [PROPOSED] ORDER DISMISSING COUNTERCLAIMS

At Wilmington, this ___ day of _____, 202_;

The Court having considered the briefing on Plaintiff's Motion to Dismiss Counterclaims;

IT IS HEREBY ORDERED THAT the Motion is GRANTED: Defendants' counterclaims

(D.I. 11) are hereby DISMISSED with prejudice.

 

_____
The Honorable Jennifer L. Hall
United States District Judge