# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLARK'S GLASGOW POOLS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DISABATINO LANDSCAPING & TREE SERVICE, INC. and PRONTO POOLS AND PERGOLAS LLC, <br><br> Defendants. | Case No. 25-cv-01066-JLH |

## APPEARANCE OF COUNSEL

TO:  The Clerk of Court and all parties of record.

PLEASE ENTER THE APPEARANCE of Mark A. Denney, Jr., Esq. of Brockstedt Mandalas Federico LLC as counsel for Defendants, DiSabatino Landscaping & Tree Service, Inc. and Pronto Pools and Pergolas LLC in the above-captioned matter.

BROCKSTEDT MANDALAS
FEDERICO LLC

/s/ Mark A. Denney, Jr.
Victoria K. Petrone (#4210)
Mark A. Denney, Jr. (#5156)
2711 Centerville Road, Suite 401
Wilmington, DE 19808
vpetrone@lawbmf.com
mdenney@lawbmf.com
(302) 327-1100
*Attorney for Defendants*

Dated: November 17, 2025

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on November 17, 2025 a true and correct copy of the attached document was electronically filed with the Clerk of Court using CM/ECF and delivered to all attorneys of record.

BROCKSTEDT MANDALAS
FEDERICO LLC

*/s/ Mark A. Denney, Jr.*
Victoria K. Petrone (#4210)
Mark A. Denney, Jr. (#5156)
2711 Centerville Road, Suite 401
Wilmington, DE 19808
vpetrone@lawbmf.com
mdenney@lawbmf.com
(302) 327-1100
*Attorney for Defendants*