IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLARK'S GLASGOW POOLS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DISABATINO LANDSCAPING & TREE SERVICE, INC. and PRONTO POOLS AND PERGOLAS LLC,<br><br>Defendants. | Case No. 25-cv-01066-JLH |

**STIPULATION AND [PROPOSED] ORDER EXTENDING
RESPONSE DEADLINE ON PLAINTIFF'S MOTION TO DISMSS
AND THE SUBMITTAL OF A PROPOSED SCHEDULING ORDER**

WHEREAS, on August 25, 2025, Plaintiff filed a Complaint in this matter [D.I. 1];

WHEREAS, on October 16, 2025, Defendants filed an Answer, Affirmative Defenses and Counterclaim against Plaintiff [D.I. 11];

WHEREAS, on October 21, 2025, the Court Ordered that the parties shall jointly prepare and file a proposed Scheduling Order with letters providing respective positions [D.I. No. 12];

WHEREAS, on November 6, 2025, Plaintiff filed a Motion to Dismiss Defendants' Counterclaim for Failure to State a Claim (the "Motion") [D.I. 13] with Opening Brief in support thereof [D.I. 14];

WHEREAS, an Answering Brief/Response to the Opening Brief is due on November 20, 2025;

IT IS HEREBY STIPULATED AND AGREED, by the parties, subject to the approval of the Court, for an extension of the Answering Brief/Response deadline, plus an extension of the proposed Scheduling Order deadline as follows:

1. On or before Monday, December 22, 2025, Defendants shall file their Answering Brief/Response in opposition to the Motion; and

2

2. The proposed Scheduling Order shall be filed thirty (30) days after the close of briefing on the Motion.

| SMITH, KATZENSTEIN & JENKINS LLP | BROCKSTEDT MANDALAS FEDERICO LLC |
|---|---|
| /s/ Daniel A. Taylor<br>Daniel A. Taylor, Esq. (#6934)<br>1000 N. West Street, Suite 1501<br>Wilmington, DE 19801<br>dtaylor@skjlaw.com<br>(302) 652 8400<br>*Attorney for Plaintiff* | /s/ Victoria K. Petrone<br>Victoria K. Petrone, Esq. (#4210)<br>Mark A. Denney, Jr., Esq. (#5156)<br>2711 Centerville Road, Suite 401<br>Wilmington, DE 19808<br>vpetrone@lawbmf.com<br>mdenney@lawbmf.com<br>(302) 327-1100<br>*Attorney for Defendants* |

Dated: November 18, 2025

SO ORDERED THIS _____ DAY OF _____, 2025.

_____
The Honorable Jennifer L. Hall