**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CLARK'S GLASGOW POOLS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DISABATINO LANDSCAPING & TREE SERVICE, INC. and PRONTO POOLS AND PERGOLAS LLC, <br><br> Defendants. | Case No. 25-cv-01066-JLH |

**CERTIFICATE OF COMPLIANCE**
**WITH PAGE/WORD LIMITATION**

This brief complies with the page/word-count limitations of Local Rule 7.1.3 and the applicable Standing Order, This brief does not exceed 20 pages and contain 1,723 words, as counted by the word-count feature of Microsoft Word 365.

BROCKSTEDT MANDALAS
FEDERICO LLC

*/s/ Victoria K. Petrone*_____
Victoria K. Petrone, Esq. (# 4210)
2711 Centerville Road, Suite 401
Wilmington, DE 19808
vpetrone@lawbmf.com
Telephone: (302) 327-1100
Fax: (302) 327-1101
*Attorney for Defendants*

Dated: December 22, 2025