**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CLARK'S GLASGOW POOLS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DISABATINO LANDSCAPING & TREE SERVICE, INC. and PRONTO POOLS AND PERGOLAS LLC, <br><br> Defendants. | Case No. 25-cv-01066-JLH |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on December 22, 2025 a true and correct copy of the attached document was electronically filed with the Clerk of Court using CM/ECF and delivered to all attorneys of record.

                BROCKSTEDT MANDALAS
                FEDERICO LLC

                */s/ Victoria K. Petrone*_____
                Victoria K. Petrone, Esq. (# 4210)
                2711 Centerville Road, Suite 401
                Wilmington, DE 19808
                vpetrone@lawbmf.com
                Telephone: (302) 327-1100
                Fax: (302) 327-1101
                *Attorney for Defendants*