## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CLARK'S GLASGOW POOLS, INC.,

          Plaintiff,

      v.

DISABATINO LANDSCAPING & TREE
SERVICE, INC. and PRONTO POOLS AND
PERGOLAS LLC,

          Defendants.

C.A. No. 25-1066-JLH

## STIPULATION AND [PROPOSED] ORDER EXTENDING TIME

WHEREAS, on October 21, 2025 the Court Ordered the parties to jointly prepare and file a proposed scheduling order in this matter (D.I. 12);

WHEREAS, to accommodate briefing on Plaintiff's motion to dismiss Defendants' counterclaim, on November 20, 2025, the parties stipulated (D.I. 16), and the Court Ordered that the proposed scheduling order was to be due 30 days after the close of briefing;

WHEREAS, briefing on the motion to dismiss the counterclaim was complete on December 29, 2025 (D.I. 18), making the proposed scheduling order due on January 28, 2026; and

WHEREAS, the parties are presently discussing settlement and seek an additional 30 days to submit a proposed scheduling order;

NOW THEREFORE, IT IS STIPULATED AND AGREED by and between the Parties, subject to the approval of the court, that the deadline to submit a proposed scheduling order shall be extended by 30 days to February 27, 2026 (from January 28, 2026).

Respectfully submitted,

Dated: January 28, 2026

**SMITH KATZENSTEIN &
JENKINS LLP**

*/s/ Daniel A. Taylor*
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
dat@skjlaw.com

*Attorney for Plaintiff*
*Clark's Glasgow Pools, Inc.*

**BROCKSTEDT MANDALAS
FEDERICO LLC**

*/s/ Victoria K. Petrone*
Victoria K. Petrone, Esq. (#4210)
Mark A. Denney, Jr., Esq. (#5156)
2711 Centerville Road, Suite 401
Wilmington, DE 19808
vpetrone@lawbmf.com
mdenney@lawbmf.com
(302) 327-1100

*Attorneys for Defendants*

IT IS SO ORDERED, this ____ day of January, 2026

_____
The Honorable Jennifer L. Hall
United States District Judge