## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CLARK'S GLASGOW POOLS, INC.,

        Plaintiff,

    v.

DISABATINO LANDSCAPING & TREE
SERVICE, INC. and PRONTO POOLS AND
PERGOLAS LLC,

        Defendants.

C.A. No. 25-1066-JLH

### NOTICE OF APPEARANCE

PLEASE ENTER the appearance of Robert J. Katzenstein of Smith, Katzenstein & Jenkins

LLP as counsel for Plaintiff Clark's Glasgow Pools, Inc. in the above action.

Dated: February 5, 2026

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Robert J. Katzenstein*
Robert J. Katzenstein (No. 378)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
rjk@skjlaw.com
dat@skjlaw.com

*Attorneys for Plaintiff Clark's
Glasgow Pools, Inc.*