# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLARK'S GLASGOW POOLS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>DISABATINO LANDSCAPING & TREE SERVICE, INC. and PRONTO POOLS AND PERGOLAS LLC,<br><br>    Defendants. | C.A. No. 25-1066-JLH |

**STIPULATION AND SECOND [PROPOSED] ORDER EXTENDING TIME**

WHEREAS, on October 21, 2025 the Court Ordered the parties to jointly prepare and file a proposed scheduling order in this matter (D.I. 12);

WHEREAS, to accommodate briefing on Plaintiff's motion to dismiss Defendants' counterclaim, on November 20, 2025, the parties stipulated (D.I. 16), and the Court Ordered that the proposed scheduling order was to be due 30 days after the close of briefing;

WHEREAS, briefing on the motion to dismiss the counterclaim was complete on December 29, 2025 (D.I. 18), making the proposed scheduling order due on January 28, 2026; and

WHEREAS, on January 28, 2026, the parties stipulated (D.I. 19), and the Court Ordered an additional 30 days to submit a proposed scheduling order, moving the deadline to February 27, 2026;

WHEREAS, Plaintiff's motion to dismiss (D.I. 13) remains pending and the pleadings in this matter remain open;

WHEREAS, in the course of discussing settlement and case scheduling, the parties have agreed that limited discovery may facilitate further discussions and are currently working on that limited discovery; and

WHEREAS, the parties agree that further limited discovery and settlement discussions would benefit from an additional 90 days extension to submit a proposed scheduling order;

NOW THEREFORE, IT IS STIPULATED AND AGREED by and between the Parties, subject to the approval of the court, that the deadline to submit a proposed scheduling order shall be extended by 90 days to May 29, 2026 (from February 27, 2026).

Respectfully submitted,

Dated: February 27, 2026

| **SMITH KATZENSTEIN & JENKINS LLP** | **BROCKSTEDT MANDALAS FEDERICO LLC** |
|---|---|
| */s/ Daniel A. Taylor* <br> Robert J. Katzenstein (No. 378) <br> Daniel A. Taylor (No. 6934) <br> 1000 N. West Street, Suite 1501 <br> Wilmington, DE 19801 <br> (302) 652-8400 <br> rjk@skjlaw.com <br> dat@skjlaw.com | */s/ Victoria K. Petrone* <br> Victoria K. Petrone (#4210) <br> Mark A. Denney, Jr. (#5156) <br> 2711 Centerville Road, Suite 401 <br> Wilmington, DE 19808 <br> vpetrone@lawbmf.com <br> mdenney@lawbmf.com <br> (302) 327-1100 |
| *Attorney for Plaintiff* <br> *Clark's Glasgow Pools, Inc.* | *Attorneys for Defendants* |

IT IS SO ORDERED, this ___ day of February, 2026

_____
The Honorable Jennifer L. Hall
United States District Judge