# SMITH KATZENSTEIN JENKINS LLP

May 29, 2026

*Via CM/ECF*

The Honorable Jennifer L. Hall
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 17, Room 6312
Wilmington, DE 19801-3555

**Re:**    *Clark's Glasgow Pools, Inc. v. DiSabatino Landscaping Inc. and Pronto Pools LLC,*
        **C.A. No. 25-1066-JLH, D. Del.**

Dear Judge Hall:

We represent Plaintiff, Clark's Glasgow Pools, Inc. in the above matter. We write jointly with Defendants DiSabatino Landscaping, Inc. and Pronto Pools LLC about the attached Proposed Scheduling Order.

The parties have agreed to the dates and schedule proposed and respectfully request a 3-day bench trial, subject to the Court's availability, in late January or February 2028.

Counsel are available to address any further questions.

Respectfully submitted,

*/s/ Daniel A. Taylor*

Daniel A. Taylor
(No. 6934)

cc: Counsel of Record via CM/ECF and email

attachments: Proposed Scheduling Order