## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CLARK'S GLASGOW POOLS, INC.,

       Plaintiff,

    v.

DISABATINO LANDSCAPING & TREE
SERVICE, INC. and PRONTO POOLS AND
PERGOLAS LLC,

       Defendants.

C.A. No. 25-1066-JLH

## NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES

PLEASE TAKE NOTICE that on June 11, 2026, Plaintiff Clark's Glasgow Pools, Inc. served its initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1), Paragraph 3 of the Court's Default Standard, and Paragraph 1 of the Court's Scheduling Order (D.I. 23) on the following counsel of record:

Victoria K. Petrone
Mark Anthony Denney, Jr.
**Baird Mandalas Brockstedt, LLC**
2711 Centerville Road, Suite 401
Wilmington, DE 19808
vpetrone@bmbde.com
mdenney@lawbmf.com

2

Dated: June 11, 2026

SMITH KATZENSTEIN & JENKINS LLP

/s/ Daniel A. Taylor
Robert J. Katzenstein (No. 378)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
rjk@skjlaw.com
dat@skjlaw.com

*Attorneys for Plaintiff*
*Clark's Glasgow Pools, Inc.*

2