**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CLARK'S GLASGOW POOLS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DISABATINO LANDSCAPING & TREE SERVICE, INC. and PRONTO POOLS AND PERGOLAS LLC, <br><br> Defendants. | Case No. 25-cv-01066-JLH |

**NOTICE OF SERVICE OF DEFENDANTS' INITIAL DISCLOSURES**

PLEASE TAKE NOTICE that on June 11, 2026, Defendants DiSabatino Landscaping & Tree Service, Inc. and Pronto Pools and Pergolas LLC (together, "Defendants") served their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1), Paragraph 3 of the Court's Default Standard, and Paragraph 1 of the Court's Scheduling Order (D.I. 23) on the following counsel of record:

Robert J. Katzenstein, Esq. (#378)
Daniel A. Taylor, Esq. (#6934)
SMITH, KATZENSTEIN & JENKINS LLP
1000 N. West Street, Suite 1501
Wilmington, DE  19801
rjk@skjlaw.com
dtaylor@skjlaw.com
(302) 652 8400
*Attorney for Plaintiff*

BROCKSTEDT MANDALAS FEDERICO LLC

 */s/ Victoria K. Petrone*
Victoria K. Petrone, Esq. (#4210)
2711 Centerville Road, Suite 401
Wilmington, DE 19808
Telephone: (302) 327-1100
vpetrone@lawbmf.com
*Attorney for Defendants*

Dated: June 11 2026