**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| CLARK'S GLASGOW POOLS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DISABATINO LANDSCAPING & TREE SERVICE, INC. and PRONTO POOLS AND PERGOLAS LLC,<br><br>Defendants. | C.A. No. 25-1066-JLH |

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME**

WHEREAS, on June 2, 2026, the Court entered a Scheduling Order in this matter (D.I. 23);

WHEREAS, Paragraph 3 of that Scheduling Order requires the parties to submit a proposed protective order by June 26, 2026 (*Id.* at ¶ 3);

WHEREAS, the parties require additional time to finalize the proposed protective order and have agreed to extend the deadline by 6 days;

NOW THEREFORE, IT IS STIPULATED AND AGREED by and between the Parties, subject to the approval of the court, that the deadline to submit a proposed protective order shall be extended by 6 days to July 2, 2026 (from June 26, 2026).

Respectfully submitted,

Dated: June 26, 2026

**SMITH KATZENSTEIN & JENKINS LLP**

/s/ Daniel A. Taylor
Robert J. Katzenstein (No. 378)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
rjk@skjlaw.com
dat@skjlaw.com

*Attorney for Plaintiff*
*Clark's Glasgow Pools, Inc.*

**BROCKSTEDT MANDALAS FEDERICO LLC**

/s/ Victoria K. Petrone
Victoria K. Petrone (#4210)
Mark A. Denney, Jr. (#5156)
2711 Centerville Road, Suite 401
Wilmington, DE 19808
vpetrone@lawbmf.com
mdenney@lawbmf.com
(302) 327-1100

*Attorneys for Defendants*

IT IS SO ORDERED, this ___ day of June, 2026

_____
The Honorable Jennifer L. Hall
United States District Judge

2