**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

CLARK'S GLASGOW POOLS, INC.,

     Plaintiff,

     v.

DISABATINO LANDSCAPING & TREE
SERVICE, INC. and PRONTO POOLS AND
PERGOLAS LLC,

     Defendants.

Case No. 25-cv-01066-JLH

**DEFENDANT DISABATINO LANDSCAPING & TREE SERVICE, INC. AMENDED
COUNTERCLAIM**

1.     Plaintiff Clark's Glasgow Pools, Inc. ("Clark's) designs and installs custom swimming pools.

2.     Defendant DiSabatino Landscaping & Tree Service, Inc. ("DiSabatino") provides landscaping, hardscaping, masonry, and related outdoor construction services.

3.     At times, as part of larger projects where DiSabatino was performing extensive design, landscaping, hardscaping and outdoor living construction, some customers would express a desire to include a custom pool. In such instances, prior to 2023, DiSabatino invited Clark's to perform the pool work for such DiSabatino clients.

4.     In connection with those projects, DiSabatino arranged for professional photography of completed works.  DiSabatino staged, supervised, and paid for the photographs at issue for use in its business operations and marketing.

5.     These photographs depict completed outdoor projects that include landscaping, hardscaping, decking, and related features designed and constructed by DiSabatino, as well as pools constructed by Clark's.

1

6.      In 2023, Defendant Pronto Pools and Pergolas LLC ("Pronto") was formed and became affiliated with DiSabatino.

7.      Clark's has and continues to use DiSabatino's photographs in Clark's office and on its website as marketing materials without consent or authorization, attribution or payment to Disabatino.

## Count 1
## Conversion

8.      The allegations of Paragraphs 1 through 7 are incorporated as if set forth fully herein.

9.      Clark's has wrongfully used DiSabatino's photographs of completed projects without permission, for Clark's financial gain and inconsistent with DiSabatino's ownership of the photographs.

10.     DiSabatino's interest in the photographs was viable at the time of Clark's conversion.

11.     DiSabatino is entitled to recover all damages resulting from the conversion of the photographs, including any profits earned by Clark's from the use of the photographs.

## Count II
## Unjust Enrichment

12.     The allegations of Paragraphs 1 through 11 are incorporated herein by reference.

13.     Clark's has unjustly misappropriated, retained and used DiSabatino's photographs for Clark's financial benefit and against the fundamental principles of justice or equity.

14.     DiSabatino is entitled to recover actual damages from Clark's and that amount that Clark's was unjustly enriched by such misappropriation.

2

WHEREFORE, DiSabatino Landscaping & Tree Service, Inc. requests that this Court

enter judgment in its favor and against Clark's Glasgow Pools, Inc. in an amount to be

determined and such further relief as this Court deems just.

BROCKSTEDT MANDALAS
FEDERICO LLC

*/s/ Victoria K. Petrone*_____
Victoria K. Petrone, Esq. (# 4210)
2711 Centerville Road, Suite 401
Wilmington, DE 19808
vpetrone@lawbmf.com
Telephone: (302) 327-1100
Fax: (302) 327-1101
*Attorney for Defendants*

Dated: July 31, 2026

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on July 31, 2026 a true and correct copy of the attached document was electronically filed with the Clerk of Court using CM/ECF and delivered to all attorneys of record.

BROCKSTEDT MANDALAS
FEDERICO LLC

*/s/ Victoria K. Petrone*
Victoria K. Petrone (# 4210)
2711 Centerville Road, Suite 401
Wilmington, DE 19808
vpetrone@lawbmf.com
(302) 327-1100
*Attorney for Defendants*