**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

CLARK'S GLASGOW POOLS, INC.,

Plaintiff,

v.

DISABATINO LANDSCAPING & TREE SERVICE, INC. and PRONTO POOLS AND PERGOLAS LLC,

Defendants.

C.A. No. 25-1066-JLH

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME**

WHEREAS, on July 31, 2026, Defendant DiSabatino Landscaping & Tree Service, Inc. filed an Amended Counterclaim in this matter (D.I. 29);

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(3), the deadline for Plaintiff, Clark's Glasgow Pools, Inc. to respond to the amended pleading was August 14, 2026; and

WHEREAS, the parties have agreed to extend that deadline to August 17, 2026 with no changes to any other currently-calendared deadlines as shown below;

NOW THEREFORE, IT IS STIPULATED AND AGREED by and between the Parties, subject to the approval of the court, that the deadline for Plaintiff to respond to the Amended Counterclaim shall be extended to August 17, 2026 (from August 14, 2026).

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for Plaintiff to respond to the Amended Counterclaim | August 14, 2026 | August 17, 2026 |
| Joinder of Other Parties and Amendment of Pleadings | September 15, 2026 | No change |

| Event | Current Deadline | New Deadline |
|---|---|---|
| Substantial Completion of Document Production | October 28, 2026 | No change |
| Close of Fact Discovery | February 17, 2027 | No change |
| Opening Expert Reports | March 31, 2027 | No change |
| Answering/Rebuttal Expert Reports | May 12, 2027 | No change |
| Reply Expert Reports | June 9, 2027 | No change |
| Close of Expert Discovery | June 30, 2027 | No change |
| *Daubert* Motions and Dispositive Motions | August 3, 2027 | No change |
| Oppositions to *Daubert* Motions and Oppositions to Dispositive Motions | August 17, 2027 | No change |
| Replies to *Daubert* Motions and Replies to Dispositive Motions | August 24, 2027 | No change |
| Joint Pretrial Order | February 15, 2028 | No change |
| Pretrial Conference | February 22, 2028 @ 3:00 pm | No change |
| Trial | February 28, 2028 | No change |

Respectfully submitted,

Dated: August 17, 2026

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Robert J. Katzenstein (No. 378)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
rjk@skjlaw.com
dat@skjlaw.com

*Attorney for Plaintiff*
*Clark's Glasgow Pools, Inc.*

**BROCKSTEDT MANDALAS FEDERICO LLC**

*/s/ Victoria K. Petrone*
Victoria K. Petrone (#4210)
Mark A. Denney, Jr. (#5156)
2711 Centerville Road, Suite 401
Wilmington, DE 19808
(302) 327-1100
vpetrone@lawbmf.com
mdenney@lawbmf.com

*Attorneys for Defendants*

IT IS SO ORDERED, this ___ day of August, 2026

_____________________________
The Honorable Jennifer L. Hall
United States District Judge