**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CLARK'S GLASGOW POOLS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DISABATINO LANDSCAPING & TREE SERVICE, INC. and PRONTO POOLS AND PERGOLAS LLC,<br><br>Defendants. | C.A. No. 25-1066-JLH |

**PLAINTIFF'S MOTION TO DISMISS DEFENDANT DISABATINO LANDSCAPING & TREE SERVICE, INC.'S AMENDED COUNTERCLAIM**

Plaintiff Clark's Glasgow Pools, Inc. ("Clark's Pools" or "Plaintiff"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully moves the Court to dismiss Defendant DiSabatino Landscaping & Tree Service, Inc.'s ("DiSabatino") Amended Counterclaim (D.I. 29) for failure to state a claim upon which relief can be granted.

The grounds for this motion are fully set forth in the opening brief in support of this motion, filed contemporaneously herewith. A proposed order is attached hereto.

Dated: August 17, 2026

**SMITH KATZENSTEIN & JENKINS LLP**

*<u>/s/ Daniel A. Taylor</u>*
Robert J. Katzenstein (No. 378)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
rjk@skjlaw.com
dat@skjlaw.com

*Attorneys for Plaintiff Clark's Glasgow Pools, Inc.*