**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CLARK'S GLASGOW POOLS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DISABATINO LANDSCAPING & TREE SERVICE, INC. and PRONTO POOLS AND PERGOLAS LLC,<br><br>Defendants. | C.A. No. 25-1066-JLH |

**[PROPOSED] ORDER DISMISSING AMENDED COUNTERCLAIM**

At Wilmington, this ___ day of ___________, 202_;

The Court having considered the briefing on Plaintiff's Motion to Dismiss Defendant DiSabatino Landscaping & Tree Service, Inc.'s ("DiSabatino") Amended Counterclaim (D.I. 29);

IT IS HEREBY ORDERED THAT the Motion is GRANTED: DiSabatino's Amended Counterclaim (D.I. 29) is hereby DISMISSED with prejudice.

______________________________
The Honorable Jennifer L. Hall
United States District Judge