**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CLARK'S GLASGOW POOLS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DISABATINO LANDSCAPING & TREE SERVICE, INC. and PRONTO POOLS AND PERGOLAS LLC,<br><br>Defendants. | Case No. 25-cv-01066-JLH |

**CERTIFICATE OF COMPLIANCE**
**<u>WITH PAGE/WORD LIMITATION</u>**

This brief complies with the page/word-count limitations of Local Rule 7.1.3 and the applicable Standing Order. This brief does not exceed 20 pages and contains 3,261 words, as counted by the word-count feature of Microsoft Word 365.

BROCKSTEDT MANDALAS
FEDERICO LLC

*<u>/s/ Victoria K. Petrone</u>*
Victoria K. Petrone, Esq. (# 4210)
2711 Centerville Road, Suite 401
Wilmington, DE 19808
vpetrone@lawbmf.com
Telephone: (302) 327-1100
Fax: (302) 327-1101
*Attorney for Defendants*

Dated: August 31, 2026