**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CLARK'S GLASGOW POOLS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DISABATINO LANDSCAPING & TREE SERVICE, INC. and PRONTO POOLS AND PERGOLAS LLC,<br><br>Defendants. | Case No. 25-cv-01066-JLH |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 31, 2026 a true and correct copy of the attached document was electronically filed with the Clerk of Court using CM/ECF and delivered to all attorneys of record.

BROCKSTEDT MANDALAS
FEDERICO LLC

*/s/ Victoria K. Petrone*________________
Victoria K. Petrone, Esq. (# 4210)
2711 Centerville Road, Suite 401
Wilmington, DE 19808
vpetrone@lawbmf.com
Telephone: (302) 327-1100
Fax: (302) 327-1101
*Attorney for Defendants*