**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CLARK'S GLASGOW POOLS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DISABATINO LANDSCAPING & TREE SERVICE, INC. and PRONTO POOLS AND PERGOLAS LLC,<br><br>Defendants. | C.A. No. 25-1066-JLH |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE, that on September 15, 2026, Plaintiff Clark's Glasgow Pools, Inc. served its, (1) First Set of Requests for Production (Nos. 1-36); and (2) First Set of Interrogatories (Nos. 1-13) on the following counsel of record:

Victoria K. Petrone (No. 4210)
Mark A. Denney, Jr. (No. 5156)
**BROCKSTEDT MANDALAS FEDERICO LLC**
2711 Centerville Road, Suite 401
Wilmington, DE 19808
vpetrone@lawbmf.com
mdenney@lawbmf.com

Dated: September 15, 2026

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Robert J. Katzenstein (No. 378)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
rjk@skjlaw.com
dat@skjlaw.com

*Attorneys for Plaintiff*
*Clark's Glasgow Pools, Inc.*